# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: _____

Shelisa Williams,

    Plaintiff,

v.

Alpha Recovery Corp.,

    Defendant.

## COMPLAINT

For this Complaint, Plaintiff, Shelisa Williams, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Shelisa Williams ("Plaintiff"), is an adult individual residing in Columbus, Ohio, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4. Defendant Alpha Recovery Corp. ("Alpha"), is a Colorado business entity with an address of 5660 Greenwood Plaza Boulevard, Suite 101, Greenwood Village, Colorado 80111-2417, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. The Debt

5. A financial obligation (the "Debt") to an original creditor (the "Creditor").

6. The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes, which meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

7. The Debt was purchased, assigned or transferred to Alpha for collection, or Alpha was employed by the Creditor to collect the Debt.

8. Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

### B. Alpha Engages in Harassment and Abusive Tactics

9. Within the last year, Alpha contacted Plaintiff in an attempt to collect the Debt from Paulette Williams (the "Debtor").

10. On or about January 5, 2017, Plaintiff advised Alpha that she was not the Debtor and that the Debtor could not be reached at her number. Plaintiff further requested that Alpha stop calling her.

11. Nevertheless, Alpha continued to call Plaintiff in an attempt to collect the Debt.

### C. Plaintiff Suffered Actual Damages

12. Plaintiff has suffered and continues to suffer actual damages as a result of Defendant's unlawful conduct.

13. As a direct consequence of Defendant's acts, practices and conduct, Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

## COUNT I
## VIOLATIONS OF THE FAIR DEBTCOLLECTION PRACTICES ACT –
## 15 U.S.C. § 1692, *et seq.*

14. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. Defendant's conduct violated 15 U.S.C. § 1692d in that Defendant engaged in behavior the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with collection of the Debt.

16. Defendant's conduct violated 15 U.S.C. § 1692d(5) in that Defendant caused a phone to ring repeatedly and engaged Plaintiff in telephone conversations with the intent to annoy and harass Plaintiff.

17. Defendant's conduct violated 15 U.S.C. § 1692f in that Defendant used unfair and unconscionable means to collect the Debt.

18. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA.

19. Plaintiff is entitled to damages as a result of Defendant's violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against Defendant as follows:

1. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);
2. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);
3. The costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and
4. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: August 9, 2017

                              Respectfully submitted,

                              By  */s/ Jenny DeFrancisco*

                              Jenny DeFrancisco, Esq.
                              CT Bar No.: 432383
                              LEMBERG LAW LLC
                              43 Danbury Road, 3rd Floor
                              Wilton, CT 06897
                              Telephone: (203) 653-2250
                              Facsimile: (203) 653-3424
                              E-mail: jdefrancisco@lemberglaw.co
                              *Attorneys for Plaintiff*

                              <u>Plaintiff:</u>
                              Shelisa Williams
                              1501 Brooks Avenue
                              Columbus, OH 43211